C:\wp50\docs\form.sen                                                              (9/8/89)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 00-10448-REK

RAYMOND CHANTILOU
(true name: Aldo Ray Chantilou),
    Defendant

# MEMORANDUM OF SENTENCING HEARING
# AND
# REPORT OF STATEMENT OF REASONS

**KEETON, D.J.**

Counsel and the defendant were present for sentencing hearing on **March 29, 2001**. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. §3553(c), as set forth herein, were stated in open court:

1.  Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing?      __X__Yes _____No

2.(a) Was information withheld pursuant to FRCrP 32(c)(3)(A)?      _____Yes __X__No

   (b) If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)?      _____Yes _____No

3.(a) Were all factual statements contained in the PSI adopted without objection?      __X__Yes _____No

   (b) If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute:

(c) Disputed issues have been resolved as follows after ___ evidentiary hearing, ___ further submissions and/or ___ arguments:

4.(a) Are any legal issues in dispute?   ___Yes __X__No

If yes, describe disputed issues and their resolution:

5.(a) Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI?   ___Yes __X__No

If yes, describe disputed areas and their resolution:

(b) Tentative findings as to applicable guidelines are

Total Offense Level: __6__

Criminal History Category: __II__

__1__ to __7__ months imprisonment

__24__ to __36__ months supervised release

$__500__ to $__5,000__ fine (plus $ 14,520 cost of annual imprisonment/supervision)

$__N/A__ restitution

$__100__ special assessment ($__100__ on COUNT One)

2

6.(a) Are there any legal objections to tentative findings?  _____Yes __X__No

(b) If no, findings are adopted by the Court.

(c) If yes, describe objections and how they were addressed:
OR sentence hearing is continued to _____
to allow for preparation of oral argument or filing of
written submissions by _____.

7.(a) Remarks by counsel for defendant.*  __X__Yes _____No

(b) Defendant speaks on own behalf.  __X__Yes _____No

(c) Remarks by counsel for government.  __X__Yes _____No

*The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

3

8. The sentence will be imposed in accordance with the prescribed forms in Benchbook Sec. 5.02 as follows:

_5 months and 4 days_ imprisonment

_____ months/intermittent community confinement

_____ months probation

_____24_____ months supervised release

$ ____500____ fine (including cost of imprisonment/supervision)

$ ____N/A____ restitution

$ ____100____ special assessment ($_100_ on COUNT One)

Other provisions of sentence: (community service, forfeiture, etc.)

<u>On Count One</u>: 5 months and 4 days in custody of Bureau of Prisons (being time served to date), followed by 24 months Supervised Release. Special Assessment $100.

Fine of $500. Restitution N/A.

No interest is to accrue on the unpaid balance of the fine.

<u>Special Conditions of Supervised Release</u>:
1. The defendant is prohibited from possessing a firearm or other dangerous weapon.

2. The defendant is to pay the balance of the fine according to a court-ordered repayment schedule.

3. The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

4. The defendant is to provide the probation officer access to any requested financial information.

5. If ordered deported, the defendant is to leave the United States and is not to return without prior permission of the United States Attorney General.

6. If ordered deported and actually deported, no reporting to the Probation Office by defendant and no supervision by the Probation Office will be required during the period when the defendant is outside the United States.

<u>Finding</u>: In custody October 26, 2000 to present (5 months and 4 days).

4

9.    Statement of reasons for imposing sentence.
       Check appropriate space:

(a) _X_ Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR_____ Sentence is within the guideline range and that range exceeds 24 months and the reasons for imposing the selected sentence are:

(b) _____ Sentence departs from the guideline range as a result of

    _____substantial cooperation upon motion of the government

        OR

    _____a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) _____ Is restitution applicable in this case?            _____Yes __X__No

    Is full restitution imposed?                     _____Yes _____No

    If no, less than full restitution is imposed for the following reasons:

(d) _X_ Is a fine applicable in this case?              __X__Yes _____No

    Is the fine within the guidelines imposed?    __X__Yes _____No

    If no, the fine is not within guidelines or no fine is imposed for the following reasons:

    _____ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

    _____ Imposition of a fine would unduly burden the defendant's dependents; or
    _____ Other reasons as follows:

10. Was a plea agreement submitted in this case?    __X__Yes  _____No

    (a) If no to 10, was notice given to defendant of right to appeal and to have counsel on appeal?    _____Yes  _____No

        Did defendant request court to direct Clerk to file Notice of Appeal?    _____Yes  _____No

        Was Clerk so directed?    _____Yes  _____No

    (b) If yes to 10,

    (1) was notice given to defendant of right to appeal (as to sentencing determination) and to have counsel on appeal?    __X__Yes  _____No
    _____Not Applicable

        Did defendant request court to direct Clerk to file Notice of Appeal?    _____Yes  __X__No

        Was Clerk so directed?    _____Yes  _____No

    (2) check appropriate space:

___ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

_X_ The Court has accepted a Rule 11(e)(1)(B) plea and has sentenced within the guideline range.

___ The Court has accepted a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. §3553(b).

6

11. Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report.   ___Yes  _X_ No

12. The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13. Judgment will be prepared by the clerk in accordance with above.

14. The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

_3/29/01_  
DATE

_Robert E Keeton_  
UNITED STATES DISTRICT JUDGE

7

AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RAYMOND CHANTILOU** | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1: 00-10448REK**<br><br>Rudolph Miller, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) **1-4** of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to report and submit truthful reports. | 04/19/02 |
| 2 | Failure to notify change of residence. | 05/08/02 |
| 3 | Failure to pay fine. | 02/26/02 |
| 4 | Leaving judicial district without permission of court. | 01/07/03 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

02/12/03
Date of Imposition of Judgment

*[signature]*

The Honorable Robert E. Keeton
Signature of Judicial Officer

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00-00-59

Defendant's USM No.: 23376-038

Defendant's Residence Address:
  In Federal Custody

Judge, U.S. District Court
Name & Title of Judicial Officer

Defendant's Mailing Address:
  Same as above

3/5/03
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER: 1: 00-10448REK
DEFENDANT: RAYMOND CHANTILOU

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 month(s)

On Violations 1-4, concurrently: 8 months in the custody of Bureau of Prisons. No further term of Supervision is imposed

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
    ☐ at _____ on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before _____ on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal