UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
ALDO RAY CHANTILOU,                         )
    Petitioner                              )
                                            )
v.                                          )   CIVIL ACTION
                                            )   NO. 04-10590-REK
UNITED STATES OF AMERICA,                   )
    Respondent                              )
_____ )

**Final Judgment**
November 24, 2004

For the reasons stated in the Memorandum and Order of this date, it is

ORDERED:

The Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) is dismissed without prejudice to filing an appropriately supported petition for writ of error coram nobis or § 2241 petition.

Approved:                                            By the Court,


_/s/Robert E. Keeton_____                          __/s/Karen Folan_____
Robert E. Keeton                                     Karen Folan, Deputy Clerk
Senior United States District Judge